UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Granger Plastics Company, : | |
| : | |
| Plaintiff, : | Case No. 1:17-cv-00314 |
| : | |
| vs. : | Judge Michael R. Barrett |
| : | |
| Bluewater ATU LLC, : | |
| : | |
| Defendants. : | |
| : | |
| : | |

## ORDER

This matter is before the Court on Plaintiff Granger Plastics Company's December 29, 2021 Motion to Enforce Settlement Agreement. (Doc. 56). Defendants Bluewater ATU LLC, Robert Collins, Deborah Collins, and Douglas Cockburn (collectively, "Defendants") filed a Response and Request to Close the Case. (Docs. 57, 58). Plaintiff filed a Reply. (Doc. 59).

The parties fully executed the Settlement Agreement in this matter on November 30, 2021, and it became effective December 1, 2021. (Doc. 56-1 PageID 854-60). The Settlement Agreement provides that Defendants shall pay Plaintiff the settlement amount "within 20 business days of the full execution of th[e Settlement] Agreement," *i.e.*, by December 28, 2021.  (*Id.* PageID 855). The parties agree that Defendants did not pay Plaintiff the settlement amount by December 28, 2021. *Compare* (Doc. 57), *with* (Doc. 59). Only after the Court granted Plaintiff's request to reopen this matter to enforce the Settlement Agreement, DOCKET ENTRY DATED JAN. 4, 2022; *see* (Doc. 56), did Defendants transfer the settlement amount to Plaintiff on January 4, 2022, *compare*

(Doc. 57), *with* (Doc. 59). Plaintiff confirmed receipt of the settlement amount payment on January 5, 2022. *Compare* (Doc. 57), *with* (Doc. 59).

Plaintiff requests sanctions in the form of attorneys' fees, with interest, associated with having to file the Motion to Enforce Settlement Agreement. (Doc. 56 PageID 851); (Doc. 59 PageID 866). Defendants respond that Plaintiff's Motion to Enforce "was entirely unnecessary," as Plaintiff was aware of the timing with the upcoming holidays and the delay in transferring funds to the United States, and request that the Court close the matter. (Doc. 57).

Defendants, a majority of whom live outside the United States, entered into a Settlement Agreement with a specific payment deadline and knew, or should have known, that the holidays were approaching and that international wire transfers take longer to clear. Given the specific facts of this case and these parties, and their past protracted settlement negotiations, the Court agrees with Plaintiff. The Court will not yet close this matter and, as sanctions, will order Defendants to reimburse Plaintiff for the reasonable attorneys' fees associated with having to file this Motion to Enforce Settlement Agreement.

In light of the foregoing, it is hereby **ORDERED** that Plaintiff's Motion to Enforce Settlement Agreement (Doc. 56) and Defendants' Request to Close the Case (Doc 58) are **each HELD IN ABEYANCE**, and, within twenty-one (21) days of this Order, Plaintiff's counsel shall submit a declaration summarizing his hourly rate and the total number of hours spent on this Motion to Enforce.

**IT IS SO ORDERED.**   _/s Michael R. Barrett_____
Michael R. Barrett, Judge
United States District Court