**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Granger Plastics Company, | : |
| Plaintiff, | : Case No. 1:17-cv-00314 |
| vs. | : Judge Michael R. Barrett |
| Bluewater ATU LLC, | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Plaintiff Granger Plastics Company's Motion to Enforce Settlement Agreement in which Plaintiff requests, inter alia, sanctions in the form of attorneys' fees associated with having to file that motion and interest on the settlement amount. (Doc. 56).

In a prior Order, the Court explained that Defendants Bluewater ATU LLC, Robert Collins, Deborah Collins, and Douglas Cockburn (collectively, "Defendants") transferred the settlement amount to Plaintiff only after the Court granted that portion of Plaintiff's Motion to Enforce Settlement Agreement requesting to reopen this matter. (Doc. 60). The Court held that, as sanctions, the Court will order Defendants to reimburse Plaintiff for the reasonable attorneys' fees associated with having to file the Motion to Enforce. (*Id.*) The Court ordered Plaintiff's counsel submit a declaration summarizing his hourly rate and the total number of hours spent on the Motion to Enforce and held the Motion to Enforce in abeyance. (*Id.*) Plaintiff's counsel submitted a declaration in which he states that his hourly rate is $400.00, he spent six hours preparing the Motion to Enforce, and he spent one hour preparing the Reply thereto. (Doc. 61).

The Court will grant in part that portion of the Motion to Enforce requesting sanctions in the form of attorneys' fees associated with having to file the motion. The Court finds that $2,400.00 is the reasonable amount of attorney's fees incurred by Plaintiff in bringing the Motion to Enforce and the Court will award Plaintiff that amount. The Court, however, will deny that portion of the Motion to Enforce requesting interest on the settlement amount.

In light of the foregoing, it is hereby **ORDERED** that Plaintiff's Motion to Enforce Settlement Agreement (Doc. 56) is **GRANTED in part**, and Defendants shall pay $2,400.00 to Plaintiff within fourteen (14) days of the date of the issuance of this Order, and **DENIED in part** with respect to Plaintiff's request for an award of interest. It is further **ORDERED** that Defendants' Request to Close the Case (Doc 58) is **GRANTED**, and the Clerk shall close and terminate this matter from the Court's active docket.

**IT IS SO ORDERED.**

_/s Michael R. Barrett_____
Michael R. Barrett, Judge
United States District Court