# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| GRANGER PLASTICS COMPANY, | : | Case No. 1:17-cv-00314-MRB |
| | : | |
| Plaintiff-Counterclaim Defendant, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | |
| BLUEWATER ATU LLC, et. al., | : | |
| | : | |
| Defendants-Counterclaim Plaintiffs. | : | |

## ENTRY OF SATISFACTION

Now comes Plaintiff Granger Plastics Company to enter to this Honorable Court that the attorney fees awarded under Document # 62, has been fully satisfied by Defendants Bluewater ATU LLC in this matter.

Respectfully submitted,

THE GREEN LAW FIRM, L.PA., INC.

      /s/ F. Harrison Green
F. Harrison Green, Trial Attorney for
Plaintiff-Counterclaim Defendant Granger
Plastics Company
Ohio Supreme Court Reg. #0039234
Executive Park, Suite 230
4015 Executive Park Drive
Cincinnati, Ohio 45241
Telephone: (513) 769-0840
Facsimile: (513) 563-2953
Email: fhgreen@fuse.net

Dated:  May 13, 2022

## CERTIFICATE OF SERVICE

On May 13, 2022, I served a copy of the foregoing Entry of Satisfaction in the above captioned matter by notice through ECF system for this Court.

Sanna-Rae Taylor (0091302)
Aaron M. Herzig (0079371)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 357-9304 (direct dial)
(513) 357-0205 (fax)
srtaylor@taftlaw.com
aherzig@taftlaw.com
Attorneys for Defendants-Counterclaim Plaintiffs
Bluewater ATU LLC, Robert Collins, Deborah Collins,
Douglas Cockburn aka Dougie Coburn

                                                                                   /s/ F. Harrison Green
                                                                   F. Harrison Green, Trial Attorney for
                                                                   Plaintiff Granger Plastics Company